denied. *Karl M. Dollak* for petitioner. *E. Willard Hyde* and *Mario S. Romero* for respondent. ▇

No. 703. BRAMBLETT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Edward Bennett Williams* and *Murdaugh Stuart Madden* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 710. ALLENTOWN BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Donald C. Beelar* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Warren E. Baker, Richard A. Solomon* and *Daniel R. Ohlbaum* for respondent. ▇

No. 697. GRANT ET AL. *v.* BENSON, SECRETARY OF AGRICULTURE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry Polikoff* and *Lipman Redman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles H. Weston, Robert L. Farrington* and *Neil Brooks* for the Secretary of Agriculture, *Keith L. Seegmiller* and *Robert G. Blabey* for Carey, and *Frederic P. Lee* and *Edmund F. Cooke* for the Adams Producers Cooperative, Inc. et al., respondents. ▇